```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 44765
   SUZETTE R MORTON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8241

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 12/06/2004 and was confirmed 03/07/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

   The case was paid in full 08/28/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
MORTGAGE CLEARING CORP   CURRENT MORTG           .00         .00           .00
MORTGAGE CLEARING CORP   MORTGAGE ARRE       4114.67         .00       4114.67
ILLINOIS DEPT OF REVENUE UNSECURED             24.02         .00         24.02
ILLINOIS DEPT OF REVENUE PRIORITY             134.77         .00        134.77
ROBERT J ADAMS & ASSOC   PRIORITY          NOT FILED         .00           .00
ARONSON FURNITURE        UNSECURED         NOT FILED         .00           .00
FAIRLANE CREDIT LLC      UNSECURED         NOT FILED         .00           .00
PREMIER BANCARD CHARTER  UNSECURED            397.05         .00        397.05
GC SERVICES DATA CONTROL UNSECURED         NOT FILED         .00           .00
PROGRESSIVE MANAGEMENT S UNSECURED         NOT FILED         .00           .00
MORTGAGE CLEARING CORP   MORTGAGE ARRE        212.93         .00        212.93
MORTGAGE CLEARING CORP   CURRENT MORTG           .00         .00           .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT       194.00         .00         194.00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY       3,340.00                   3,340.00
TOM VAUGHN               TRUSTEE                                        479.60
DEBTOR REFUND            REFUND                                         406.59

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  9,303.63

PRIORITY                                        328.77
SECURED                                       4,327.60
UNSECURED                                       421.07
ADMINISTRATIVE                                3,340.00
TRUSTEE COMPENSATION                            479.60
DEBTOR REFUND                                   406.59
                         --------------      --------------
TOTALS                   9,303.63             9,303.63

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 44765 SUZETTE R MORTON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE